## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **AGUSTIN OVIDIO VEGA ARRUE** | **CASE NO.  1:26-CV-00144 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ELEAZAR GARCIA ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge filed herein [Doc. No. 17], after an independent review of the record, no objections thereto have been filed, and after determining that the findings are correct under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner Agustin Ovidio Vega Arrue's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED AND DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 12th day of May, 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE